**Debtor name**  Wrap Media Inc

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA**

**Case No. (If known)**

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dream Incubator  4F Tokyo Club Building  3-2-6 Kasumigaseki  Chiyoda-Ku, Tokyo 100-0013  Japan | Dream Incubator  4F Tokyo Club Building  3-2-6 Kasumigaseki  Chiyoda-Ku, Tokyo 100-0013  Japan  Email: hideakiono@gmail.com | Convertible Debt | | | | $4,220,000.00 |
| 2 | Innovation Investments  60 E. Sir Francis Drake Blvd.  Suite 206  Larkspur, CA 94939 | Innovation Investments  60 E. Sir Francis Drake Blvd.  Suite 206  Larkspur, CA 94939 | Convertible Debt | | | | $3,045,000.00 |
| 3 | Salesforce  The Landmark at One Market  Suite 300  San Francisco, CA 94105 | Salesforce  The Landmark at One Market  Suite 300  San Francisco, CA 94105  Email: mfinn@salesforce.com;  mgarratt@salesforce.com | Convertible Debt | | | | $2,625,000.00 |
| 4 | Silicon Valley Bank  Attn: Matt Trotter  2400 Hanover St.  Palo Alto, CA 94304 | Silicon Valley Bank  Attn: Matt Trotter  2400 Hanover St.  Palo Alto, CA 94304  Email: mtrotter@svb.com | Bank Loan | | $2,504,000.00 | | Unknown |